JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF S&J SUPPLY COMPANY, INC., | ) ) ) ) | Case No. CV 19-9936 FMO (FFMx) |
| Plaintiff, | ) ) | **ORDER RE: JOINT REQUEST FOR APPROVAL OF STIPULATED JUDGMENT AND STAY CASE** |
| v. | ) ) | |
| AIR WEST MECHANICAL CONSTRUCTION, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' Joint Request for Approval of Stipulated Judgment and Stay Case Pending Completion of Settlement Payments (Dkt. 16, "Request"), IT IS HEREBY ORDERED THAT:

1. The court has jurisdiction over the subject matter of this case and personal jurisdiction over defendants.

2. The Settlement Agreement and Mutual Release ("Settlement Agreement"), attached as Exhibit 1 to the parties' Request, is hereby incorporated by reference into this Order.

3. Pursuant to the Settlement Agreement, defendants shall pay plaintiffs the following amounts:

    A.    Principal in the amount of $40,412.21;

    B.    Interest as of December 17, 2019 in the amount of $4,799.68;

C.	Attorney Fees and Costs in the amount of $2,500.00.

4.  The case is hereby stayed pending all payments made by Defendants to Plaintiff under the terms of the Settlement Agreement and Mutual Release, which shall occur no later than July 1, 2020.

5.  The court shall retain jurisdiction over this case pending the completion of payments required under the Settlement Agreement.

6.  The Clerk shall administratively close the case.

Dated this 29th day of January, 2020.

/s/
Fernando M. Olguin
United States District Judge